|                  |   |                                      |
|------------------|---|--------------------------------------|
|                  | : | **UNITED STATES DISTRICT COURT**     |
| **PANELLA**      | : |                                      |
|                  | : | **DISTRICT OF NEW JERSEY**           |
| Plaintiff(s)     | : |                                      |
|                  | : |                                      |
|                  | : | **Hon. William H. Walls**            |
| -vs-             | : | **Civil Action No. 05-1790  (WHW) (CCC)** |
|                  | : |                                      |
|                  | : |                                      |
| **O'BRIEN et al**| : | **ORDER ON ORAL MOTION**             |
|                  | : | **SCHEDULING CONFERENCE**            |
| Defendant(s)     | : |                                      |
|                  | : |                                      |
|                  | : |                                      |

**THIS MATTER** having been brought before the Court for a scheduling conference on March 9, 2010; and for good cause shown:

**IT IS on this 17ᵗʰ day of March, 2010**

**ORDERED THAT** there shall be an in person status/settlement conference before the Undersigned on **May 7, 2010 at 10:30 a.m.** at the Martin Luther King Jr, Federal Bldg. & U.S. Courthouse, 50 Walnut Street, Courtroom 2B, Newark, New Jersey 07102.  By **April 5, 2010**, the parties shall update the Undersigned as to the status of settlement discussions.

*s/ Claire C. Cecchi*
**HON. CLAIRE C. CECCHI**
**United States Magistrate Judge**

Clerk of the Court
File